UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| AMBER BERKSHIRE<br>Plaintiff, | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. 1:25-cv-00180-ACL |
| | ) | |
| COMPASS HEALTH, INC.<br>Defendant. | ) | |
| | ) | |
| | ) | |

**ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT**

Complete one option and file this report with the Clerk's Office:

_____
**Option 1**

☐     The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* **If the parties require more time to complete mediation, lead counsel must file a motion with the Court.**

_____
**Option 2**

☒     An ADR conference was held on: _____July 29, 2026_____.

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered: _____ _____.

The ADR referral was concluded on  July 29, 2026 . The parties [☒  did    ☐  did not] achieve a settlement.                                                   *Check One*

_____
**Option 3**

☐     Although this case was referred to ADR, a conference WAS NOT HELD**.**
_____

Date: _____August 6, 2026_____ Neutral: _____/s/ Francis X. Neuner, Jr._____