IN THE UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| AMBER BERKSHIRE,<br><br>Plaintiff,<br><br>v.<br><br>COMPASS HEALTH, INC., d/b/a<br>COMPASS HEALTH NETWORK,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:25-cv-00180-CMS |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Amber Berkshire and Defendant Compass Health, Inc. d/b/a Compass Health Network (the "Parties"), by and through their undersigned counsel, hereby stipulate to the dismissal of this action, and all claims asserted therein, with prejudice, each party to bear its own attorneys' fees and costs except as otherwise agreed by the Parties.

This stipulation disposes of the entirety of the above-captioned action and is effective upon filing without further order of the Court.

Respectfully submitted,

The Rolwes Law Firm, LLC

By: /s/ Philip E. Oliphant

Philip E. Oliphant, Bar #25990 (TN)
254 Court Avenue, Suite 305
Memphis, TN 38103
Ph: 901-519-9135 | Fax: 901-979-2499
Email: poliphant@rolweslaw.com

Edward J. Rolwes, Bar #51522 (MO)
2333 South Hanley Road, Suite 104
St. Louis, MO 63144
Ph: 314-806-9626 | Fax: 314-472-0900
Email: erolwes@rolweslaw.com
*Attorneys for Plaintiff*

Approved By:

WALDECK & PATTERSON, P.A.

By: /s/ John M. Waldeck (with permission)

John M. Waldeck, Bar #47570 (MO)
Tristin A. Dierking, Bar #30346 (KS)
5000 West 95th Street, Suite 350
Prairie Village, Kansas 66207
Ph: 913-749-0300 | Fax: 913-749-0301
Email: johnw@waldeckpatterson.com
Email: tristind@waldeckpatterson.com
*Attorneys for Defendant*